UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                        :

PATRICK STONE,                              :

                              :

               Plaintiff,           :               20-CV-1818 (JMF)

                              :

           -v-                      :

                              :               <u>ORDER</u>

JOSEPH FISHER,                         :

                              :

              Defendant.         :

                              :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On March 25, 2020, the Court issued a Notice of an Initial Pretrial Conference scheduled for May 7, 2020. ECF No. 11. The same day, Defendant filed a motion for summary judgment and supporting documents. ECF Nos. 9-10, 12-13.

In light of Defendant's motion for summary judgment, the initial conference is adjourned *sine die*. Plaintiff shall file any opposition to the motion by **May 4, 2020**. Any reply shall be filed by **May 18, 2020**. Pursuant to the Court's Emergency Individual Rules and Practices, Defendant need not submit paper courtesy copies of the completed briefing to the Court upon filing the reply.

Either party may request an extension of these deadlines, and they will be extended if the party requesting the extension demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.

Finally, defense counsel shall serve on Plaintiff (1) a copy of this Order; (2) a copy of the Court's Notice of Initial Pretrial Conference; and (3) a "Notice For *Pro Se* Litigants Regarding Opposition to a Summary Judgment Motion" pursuant to Local Civil Rule 56.2, and file proof of service **within two business days of the date of this Order**. If counsel is unable to complete this mailing as a result of COVID-19 and related disruptions, defense counsel shall promptly notify the Court by letter filed on ECF.

SO ORDERED.

Dated: April 1, 2020
      New York, New York
                                    _____
                                       JESSE M. FURMAN
                                  United States District Judge