UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
PATRICK STONE,                                                       :
:
                          Plaintiff,       :        20-CV-1818 (JMF) (BCM)
:
     -v-                                                           :        <u>ORDER</u>
:
:
JOSEPH FISHER,                                                       :
:
                          Defendant.      :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On May 28, 2020, Magistrate Judge Moses — to whom this matter is referred for general pretrial purposes — stayed these proceedings. ECF No. 51. As there is no reason to keep the case open pending a motion to lift the stay, the Clerk of Court is directed to administratively close the case without prejudice to either party moving to reopen the case when moving to lift the stay.

       SO ORDERED.

Dated: June 1, 2020
       New York, New York
                                                        JESSE M. FURMAN
                                                 United States District Judge