UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
PATRICK STONE, :
:
: 
Plaintiff, :
: 20-CV-1818 (JMF)
-v- :
: ORDER
:
JOSEPH FISHER, :
:
Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On August 30, 2021, Plaintiff requested a stay of the Court's consideration of the summary judgment motion filed by Defendant.  *See* ECF No. 87.  On August 31, Defendant filed a letter opposing the stay.  *See* ECF No. 89.  Plaintiff's request for a stay is hereby DENIED because, among other things, Plaintiff fails to provide any basis for granting a stay.  *See also, e.g.*, *Burlington Coat Factory Warehouse Corp. v. Esprit De Corp.*, 769 F.2d 919, 926 (2d Cir. 1985) ("Rule 56 . . . requires the opponent of a motion for summary judgment who claims to be unable to produce evidence in opposition to the motion to file an affidavit explaining: 1) the nature of the uncompleted discovery, i.e., what facts are sought and how they are to be obtained; and 2) how those facts are reasonably expected to create a genuine issue of material fact; and 3) what efforts the affiant has made to obtain those facts; and 4) why those efforts were unsuccessful.").  The Clerk of Court is directed to terminate ECF No. 87.

      SO ORDERED.

Dated: August 31, 2021
       New York, New York
                                        JESSE M. FURMAN
                                        United States District Judge