UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PATRICK STONE,

                Plaintiff,                           20 **CIVIL** 1818 (JMF)

      -against-                                   **JUDGMENT**

JOSEPH FISHER,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 2, 2021, Fisher's motion for summary judgment must be and is GRANTED, and Stone's Complaint is dismissed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Memorandum Opinion and Order would not be taken in good faith, and *in forma pauperis* status is thus denied; accordingly, this case is closed.

**Dated:**  New York, New York
          September 2, 2021

                                                              **RUBY J. KRAJICK**
                                                                  Clerk of Court
                                           BY:
                                                                   Deputy Clerk